**RUUD MANUFACTURING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9702.

United States Court of Appeals
Third Circuit.

Argued Feb. 21, 1949.

Decided Feb. 25, 1949.

Walter W. McVay, of Pittsburgh, Pa., for petitioner.

I. Henry Kutz, of Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., and Ellis N. Slack and Lee A. Jackson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before MARIS, GOODRICH, and WALLER, Circuit Judges.

PER CURIAM.

The decision of the Tax Court will be affirmed for the reasons stated in the opinion filed by Judge Murdock for the majority of the Tax Court on review, 10 T.C. 14.

**E. T. WEIR, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9788.

United States Court of Appeals
Third Circuit.

Argued Feb. 8, 1949.

Decided Feb. 23, 1949.

John E. Laughlin, Jr., of Pittsburgh, Pa. (Thorp, Bostwick, Reed & Armstrong, of Pittsburgh, Pa., on the brief), for petitioner.

Sumner M. Redstone, of Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before BIGGS, Chief Judge, and O'CONNELL and KALODNER, Circuit Judges.

PER CURIAM.

The decision of the Tax Court will be affirmed upon its opinion as reported at 10 T.C. 996.

**UNITED STATES of America ex rel. Dragutin ZABADLIJA, Also Known as Charles Anton or Antonio Zabadlija, Appellant, v. Charles GARFINKEL, Officer in Charge, Immigration and Naturalization Service, United States Department of Justice.**

No. 9730.

United States Court of Appeals
Third Circuit.

Argued Jan. 18, 1949.

Decided Jan. 27, 1949.

Zeno Fritz, of Pittsburgh, Pa. (Frank J. Zappala, of Pittsburgh, Pa., on the brief), for appellant.

Maurice A. Roberts, of Philadelphia, Pa. (Owen M. Burns, U. S. Atty., and Elliott W. Finkel, Sp. Asst. U. S. Atty., both of Pittsburgh, Pa., on the brief), for appellee.

Before GOODRICH, McLAUGHLIN, and O'CONNELL, Circuit Judges.

PER CURIAM.

This is an appeal from the order of the District Court for the Western District of Pennsylvania following that Court's denial of the petition for writ of habeas corpus. Since the opinion of the Court below, 77 F. Supp. 751, there has been decided in the United States District Court for the Northern District of Indiana the case of Kavadias v. Cross, 1948, 82 F.Supp. 716, in which Judge Swygert wrote an opinion which fully covers the question presented by the immediate appeal. We think Judge Swygert was right and that the District Judge in this case was right.

The judgment will, therefore, be affirmed.